IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MELINDA WILSON,

            Plaintiff,

    v.

CITY OF PORTLAND, a municipal
Corporation, and JOHN DOE POLICE
OFFICER NOS. 1 through 4,

            Defendants.

3:12-cv-01480-HU

ORDER

Melinda Ann Wilson
317 NE Killingsworth Ave.
Portland, OR 97211

    Pro Se Plaintiff

Robert T. Yamachika
CITY ATTORNEY'S OFFICE
1221 SW Fourth Avenue, Room 430
Portland, OR 97204

    Attorney for City of Portland

1 - ORDER

HERNANDEZ, District Judge:

Magistrate Judge Dennis J. Hubel issued a Findings and Recommendation ("F&R") (doc. #13) on January 9, 2013, recommending that the action filed by Melinda Wilson ("Wilson") be dismissed without prejudice for failure to prosecute and for failure to attend two hearings as ordered by the court.

Because no objections to the F&R were timely filed, I am relieved of my obligation to review the record de novo. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles de novo, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Hubel's F&R (doc. #13). Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 31st day of Jan., 2013.

Marco Hernandez
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER